Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Taylor Grant Goodman |
| **Docket Number:** | 1:07MJ00050-01 DLB |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | July 26, 2007 |
| **Original Offense:** | Ct. 1: 36 CFR 2.35(b)(2), Possession of a Controlled Substance; Ct. 3: 36 CFR 4.2(b) and CVC 14601.1(a), Operate a Motor Vehicle With a Suspended or Revoked Driver's License (CLASS B MISDEMEANORS) |
| **Original Sentence:** | 12 months probation; $20 special assessment; $500 fine. |
| **Special Conditions:** | 1) Search and seizure; 2) Financial disclosure; 3) No new credit; 4) Drug treatment; 5) Drug testing; 6) No alcohol; 7) Mental health treatment; 8) Co-payment. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | July 26, 2007 |
| **Assistant U.S. Attorney:** | Mark J. McKeon    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Kristine M. Kelly    **Telephone:** (559) 221-0009 |
| **Other Court Action:** | None |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in the residential Comprehensive Sanction Center, Turning Point, in Fresno, California, for a period up to 120 days;

**RE:   GOODMAN, Taylor Grant**
       **Docket Number:  1:07-MJ-00050-01 DLB**
       <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

said placement shall commence as directed by the probation officer and Turning Point staff, pursuant to 18 USC 3563(b)(11).  The defendant shall pay costs of confinement as determined by the Bureau of Prisons.

**Justification:**

The offender was placed on probation on July 26, 2007.  Since being placed on supervision, the offender has not taken his conditions of probation seriously.  On September 7, 2007, the offender missed a scheduled drug test.  The probation officer attempted to contact the offender; however, he did not return the probation officer's phone calls.  On September 14, 2007, the offender came into the probation office and tested positive for marijuana. He admitted that he had used marijuana on or about September 7, 2007.  Further, he admitted that he was fired from his job and traveled to San Francisco for four days to sober up.  The offender stated that he had no excuses for his poor choices and was willing to accept responsibility for his actions.  The offender agreed that he needed to take his conditions of release seriously and that a more structured environment would assist with his rehabilitation.   Based on the above-referenced violations as well as the offender's desire for a structured environment, it appears that  confinement in the Comprehension Sanction Center is appropriate.  He voluntarily signed a "Waiver of Hearing" agreeing to modify his conditions to include an up to 120 day placement at Turning Point Fresno, Comprehensive Sanction Center (CSC).

Respectfully submitted,

/s/ Scott J. Waters
**SCOTT J. WATERS**
**Senior United States Probation Officer**
Telephone:  (559) 499-5726

**DATED:**     September 14, 2007
              Fresno, California
              SJW

**REVIEWED BY:**     <u>/s/ Bruce Vasquez</u>
                **Bruce Vasquez**
                **Supervising United States Probation Officer**

RE:   GOODMAN, Taylor Grant
      Docket Number:  1:07-MJ-00050-01 DLB
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )    Modification not approved at this time. Probation Officer to contact Court.

(  )    Other:


| 24 September 2007 | /s/ Dennis L. Beck |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Mark J. McKeon, Assistant United States Attorney
      Kristine M. Kelly, Appointed counsel
      Defendant
      Court File

Attachment:   Presentence Report (Sacramento only)