# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Taylor Grant Goodman |
| **Docket Number:** | 1:07MJ00050-01 DLB |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Dennis L. Beck<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | July 26, 2007 |
| **Original Offense:** | Ct. 1:  36 CFR 2.35(b)(2), Possession of a Controlled Substance; Ct. 3:  36 CFR 4.2(b) and CVC 14601.1(a), Operate a Motor Vehicle With a Suspended or Revoked Driver's License  (CLASS B MISDEMEANORS) |
| **Original Sentence:** | 12 months probation; $20 special assessment; $500 fine. |
| **Special Conditions:** | 1) Search and seizure; 2) Financial disclosure; 3) No new credit; 4) Drug treatment; 5) Drug testing; 6) No alcohol; 7) Mental health treatment; 8) Co-payment. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | July 26, 2007 |
| **Assistant U.S. Attorney:** | Mark J. McKeon          **Telephone:**  (559) 497-4000 |
| **Defense Attorney:** | Kristine M. Kelly          **Telephone:**  (559) 221-0009 |
| **Other Court Action:** | |
| **09/24/2007:** | Probation Form 12B, Petition to Modify Conditions With Consent Of the Offender, submitted due to use of marijuana as well as several other technical violations.  Conditions were modified to include continued placement at the Comprehensive Sanction Center, Turning Point, for a period up to 120 days. |

RE:   GOODMAN, Taylor Grant        Docket Number:  1:07-MJ-00050-01 DLB
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in the residential Comprehensive Sanction Center, Turning Point, in Fresno, California, for an additional period of up to 120 days; said placement shall commence as directed by the probation officer and Turning Point staff, pursuant to 18 USC 3563(b)(11).  The defendant shall pay costs of confinement as determined by the Bureau of Prisons.

**Justification:**

The offender was placed on probation on July 26, 2007.  In September 2007, the offender was not taking his conditions of probation seriously as he began using marijuana and not complying with the probation officer's instructions.  At this time, his conditions of probation were modified to include placement at Turning Point's Comprehensive Sanction Center (CSC).  While at the CSC, the offender has performed very well.  He has obtained employment and has begun making consistent fine payments.  However, the offender has requested additional placement at the CSC to enable him to satisfy his fine and to establish a personal residence.  Based on the above-referenced information, it appears that continued placement in the Comprehension Sanction Center is appropriate.  He voluntarily signed a "Waiver of Hearing" agreeing to modify his conditions to include an additional up to 120 day placement at Turning Point Fresno, Comprehensive Sanction Center (CSC).

                    Respectfully submitted,

                    /s/ Scott J. Waters
                    **SCOTT J. WATERS**
                    **Senior United States Probation Officer**
                    Telephone:  (559) 499-5726

**DATED:**     January 10, 2008
              Fresno, California
              SJW

**REVIEWED BY:**     /s/ Bruce Vasquez
                    **Bruce Vasquez**
                    **Supervising United States Probation Officer**

RE:   **GOODMAN, Taylor Grant**         Docket Number:  **1:07-MJ-00050-01 DLB**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


23 January 2008                                           /s/ *Dennis L. Beck*

**Date**                                                  **Signature of Judicial Officer**


cc:   United States Probation
      Mark J. McKeon, Assistant United States Attorney
      Kristine M. Kelly, Appointed counsel
      Defendant
      Court File

Attachment:   Presentence Report (Sacramento only)