PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number: 1:07MJ00050-01 DLB** |
| ) | |
| TAYLOR GRANT GOODMAN ) | |
| ) | |

On July 26, 2007, the above-named was placed on probation for a period of 12 months after being convicted of Possession of a Controlled Substance and Operate a Motor Vehicle With a Suspended or Revoked Driver's License (Class B misdemeanors).  While on probation, the offender initially had some difficulty complying with the terms of his probation.  He tested positive for marijuana on one occasion but immediately admitted his use and agreed to placement at Turning Point's Comprehensive Sanction Center (CSC).  The offender successfully completed 133 days placement at the CSC.  While at the CSC the offender addressed his substance abuse issues, obtained employment and satisfied his $500 fine and $20 special assessment.  Therefore, it is  recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:      April 1, 2008
               Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   GOODMAN, Taylor**
**Docket Number:   1:07MJ00050-01 DLB**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| _16 April 2008_ | /s/ *Dennis L. Beck* |
| **Date** | **Dennis L. Beck** |
| | **United States Magistrate Judge** |

SJW:sjw

Attachment:   Recommendation
cc:    Mark J. McKeon
       Assistant United States Attorney